## (June 13, 1938.)

SHIRLEY L. HELPRIN, Respondent, v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Defendant may serve its amended answer within three days from the date of this decision. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

## (June 15, 1938.)

In the Matter of the Application of ANTHONY BRUNONE, Respondent, for an Order of Mandamus against THE SOCIETA MUTUO SOCCORSO SAN ROCCO FRA I CITTADINI DI PALO COLLE BARI and Others, Appellants.— Motion to resettle order granted. [See *ante*, p. 753; Id. p. 869.] Meeting to be called for July 20, 1938. Stay continued. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ. Settle order on notice.

## (June 17, 1938.)

WM. U. BECKER and FREDERICK W. BECKER, as Executors, etc., of MARTHA W. BECKER, Deceased, Appellants, v. JOHN W. N. FABER and Others, Defendants; CLARA K. INTEMANN and JOHN L. KOLLE, as Executors, etc., of JOHN A. KOLLE, Deceased, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Johnston, Adel and Close, JJ.; Lazansky, P. J., not voting.

MARGARET BELL and JAMES BELL, Appellants, v. THE KINGSBORO NATIONAL BANK OF BROOKLYN, Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

ALAN W. BOLES, Appellant, v. LLOYD M. JUMP and HOWARD LOWE, Partners, Doing Business under the Firm Name and Style of STORM KING ICE CO., Respondents. ALAN WILLIAMS, an Infant, by FRANK WILLIAMS, His Guardian ad Litem, Appellant, v. LLOYD M. JUMP and HOWARD LOWE, Partners, Doing Business under the Firm Name and Style of STORM KING ICE CO., Respondents.— Motion for reargument denied, with one bill of ten dollars costs to appellants. Motion for stay denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

THE BOWERY SAVINGS BANK, Respondent, v. SONONA HOLDING CORPORATION and Others, Defendants, and JENNIE WHITEHORN and MIRIAM ZUCKER, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Davis, Johnston, Adel and Close, JJ.

JOSEPH CAPIZZI, Appellant, v. MARY G. KHOURY, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.